IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:05CV224-H

**FILED**
**CHARLOTTE, N. C.**

JUN - 8 2005

**U. S. DISTRICT COURT**
**W. DIST. OF N. C.**

|  |  |
|---|---|
| KIMBERLY REGINA PEDERSEN, | ) |
| Plaintiff, | ) |
| v. | ) STIPULATION OF DISMISSAL |
| | ) FOR AMERICAN AIRLINES, |
| AMERICAN AIRLINES, INC., | ) INC. *ONLY* |
| Defendant. | ) |

THE PARTIES having resolved all matters and issues herein, it is hereby stipulated that this action is Dismissed without Prejudice for American Airlines, Inc. *only*, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure with each party to bear its own costs.

This the 7th day of June, 2005.

*Tamara W. Brooks*
Tamara W. Brooks
Brooks Law Office
Attorney for Plaintiff
5120 Monroe Road
Charlotte, NC 28205
(704) 567-5297
State Bar No. 24139